

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2015

No. 04-14-00078-CV

**RIVER CITY CARE CENTER, INC**. d/b/a River City Care Center,
Appellants

v.

Betty **TAYLOR,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15814
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Jason Pulliam, Justice

The Court has considered and denies Betty Taylor's motion for en banc reconsideration.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court